**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: LaDonne Bush           Date: July 16, 2007
Court Reporter: Darlene Martinez

Civil Action No. 09-cv-01185-JLK

*Parties:*                                *Counsel:*

BRAVADO INTERNATIONAL GROUP               Cara R. Burns
MERCHANDISING SERVICES, INC.,

    Plaintiff,

v.

JOHN DOES 1-100, JANE DOES 1-100, and
XYZ COMPANY,

    Defendants.

---

**COURTROOM MINUTES**

**Preliminary Injunction Hearing**

**10:07 a.m**   Court in session.

Argument by Ms. Burns.

**ORDERED:**   Preliminary Injunction And Order Of Seizure (Filed 6/3/09; Doc. No. 16) is GRANTED.

**10:12 a.m.**   Court in recess.
Hearing concluded.
Time: 00:05.