IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01185-JLK

BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.,

       Plaintiff,

vs.

JOHN DOES 1-100, JANE DOES 1-100,
and XYZ COMPANY,

       Defendants.

---

## ORDER FOR EXONERATION
## OF BOND AND DISPOSITION OF SEIZED MATERIALS

Plaintiff having dismissed the above entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a), and no defendants having appeared by answer or otherwise and good cause appearing,

**IT IS HEREBY**

**ORDERED,** that the Bond posted by Plaintiff's counsel in the amount of One Hundred Dollars ($100) shall be and hereby is exonerated, and shall be released to counsel for the Plaintiff, and it is further

**ORDERED**, that the clerk shall either send the released Bond to Plaintiff's counsel in the form of a check to the address listed below in California, or by chargeback to the credit card used for payment.

**ORDERED,** that Plaintiff is authorized to destroy or otherwise dispose of all infringing merchandise.

                                      **BY THE COURT:**

Dated: September 23, 2009           _*s/John L. Kane*_____
                                             HONORABLE JOHN L. KANE
                                             UNITED STATES DISTRICT COURT JUDGE